## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 23-2675

_____

Andrew G. Thomas

Plaintiff - Appellant

v.

Manpower, Inc.

Defendant - Appellee

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:20-cv-00091-SMR)

### JUDGMENT

Before BENTON, ERICKSON, and GRASZ, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

The motion to proceed on appeal in forma pauperis is denied.

November 08, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans